RECEIVED
IN LAKE CHARLES, LA

APR 1 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| ETHEL RACCA, ET AL. | : | DOCKET NO. 98-1494 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| R.J. REYNOLDS TOBACCO CO., ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF DISMISSAL

Having given notice of this court's intention to dismiss this action with prejudice for Plaintiffs' failure to comply with the court's December 21, 2005, Order, and having received no response to this court's order allowing Plaintiffs to show cause for the failure to comply, the court finds that Plaintiffs' action is subject to dismissal for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. In light of this court's inherent power to control its own docket and dismiss actions *sua sponte* under Rule 41(b) of the Federal Rules of Civil Procedure,

IT IS ORDERED that this action be and it is hereby DISMISSED WITH PREJUDICE.[1]

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12th day of April, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of Court shall serve a certified copy of this judgment upon all remaining plaintiffs, by United States mail, at their personal addresses as provided in the amended motion to withdraw [doc. # 110].